FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
26 OCT 16 AM 10: 03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ______________________________
(To be supplied by the court)

Jason Ray Clark, Plaintiff

v.

John Bennett Rosen,

______________________________,

______________________________,

______________________________, Defendant(s).

**Jury Trial requested:**
**(please check one)**
X **Yes** ___ **No**

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jason Ray Clark 7236 S. Ireland Cir. Centennial, Co 80016
(Name and complete mailing address)

720.255.5711 jason69clark@gmail.com
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: John Bennett Rosen 4432 E. Brookfield Ave. Nashville, TN 37205
(Name and complete mailing address)

unknown
(Telephone number and e-mail address if known)

Defendant 2: ______________________________
(Name and complete mailing address)

______________________________
(Telephone number and e-mail address if known)

Defendant 3: ______________________________
(Name and complete mailing address)

______________________________
(Telephone number and e-mail address if known)

Defendant 4: ______________________________
(Name and complete mailing address)

______________________________
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

______________________________________________

______________________________________________

X Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado.

If Defendant 1 is an individual, Defendant 1 is a citizen of Tennessee.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ______________ (name of state or foreign nation).

Defendant 1 has its principal place of business in ______________ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: See attached

Supporting facts:

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

$50,000,000 dollars.

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Jason R. Clark
(Plaintiff's signature)

10/16/2026
(Date)

(Revised February 2022)

***D. STATEMENT OF CLAIMS.***

Claim #1: Rape of Sherri Ann Clark (Deceased).

Claim #2: Wrongful Death of Sherri Ann Clark (Deceased).

Claim #3: Emotional Distress, Pain and Suffering of Jason Ray Clark, Sherri Ann Clark's brother.

On October 18, 1985, Sherri Ann Clark, DOB 10/17/1967, went to her first sorority party themed "Lady and the Tramp" held at The Broker Inn in Eldorado Canyon State Park, Colorado as a newly pledged freshman sister of Kappa Alpha Theta Sorority at the University of Colorado located in Boulder, Colorado. Sherri Ann Clark never made it to October 19, 1985, alive. On the morning of October 19, 1985, Sherri Ann Clark was found dead next to the sorority event center in Eldorado Canyon, Boulder County, Colorado. The last person to see Sherri Ann Clark alive was John Bennett Rosen, aka the Rhode Island Rapist, DOB 12/25/63. John Bennett Rosen "kidnapped" Sherri Ann Clark from the party, sexually assaulted her, and then ....? Authorities nor the Family of Sherri Ann Clark know what happened next. What we do know is Sherri Ann Clark had a blood alcohol content of .298% in her Boulder County autopsy report dated 10/19/1985. Sherri Ann Clark was on a date with her new boyfriend at the Party, Marty A. Numerous bartenders at the event admitted openly in prior court proceedings to over serving young girls, and then having their "bros" (specifically mentioning John Bennett

Rosen here) hit on them in their severely intoxicated state many times pursuing unwanted sex with these drunk girls (i.e. sexual assault and/or rape). This modus operandi and pattern of behavior was well known to many "sorority girls" to be John Bennett Rosen's go to for raping and sexually assaulting numerous young girls at CU Boulder circa 1985 timeframe. This modus operandi and pattern of behavior of the perpetrator in this case, John Bennett Rosen, aka the Rhode Island Rapist, is well documented all throughout police reports, depositions, and court proceedings from this incident in 1985. (District Court, Boulder County, Colorado Case No. 86-cv-0808-3 and 86-cv-806-3 Jeffrey R. Clark and Constance J. Clark v. John Bennett Rosen, et al). Police reports from this incident also confirm John Bennett Rosen admitted to sex with Sherri Ann Clark, and that John Bennett Rosen was the last person to see Sherri Ann Clark alive. Investigative research conducted by Sherri Ann Clark's brother, Pro Se Plaintiff Jason Ray Clark, has found more than 10+ other rape and/or sexual assault victims of John Bennett Rosen (many of these young girls are quoted in the police reports and courtroom depositions from the 1985 Sherri Ann Clark case). John Bennett Rosen, aka the Rhode Island Rapist, is a serial sexual predator and rapist. Sherri Ann Clark's brother, Jason Ray Clark, was only 16 at the time his sister Sherri Ann Clark was raped and ….? Jason Ray Clark, DOB 11/20/1969, is now 56 years old. The Boulder County Sheriff's Office (BCSO) reopened the case against John Bennett Rosen on August 8, 2024. The

case #85-14398 remains active as of the date of this lawsuit (October 16, 2026). Subsequent to BCSO inconclusive report in regards to homicide Det (Retired) James Kolar reports titled Theory of Prosecution dated April 20, 2026, and Mechanisms of Injury dated August 26, 2026, concluded Sherri Ann Clark was murdered; and did not fall from a bridge as originally concluded by the Boulder County Coroner, BCSO, and Boulder DA's office who incompetently never even investigated the homicide of Sherri Ann Clark back in 1985. Due to the newly discovered relevant findings of facts discovered in the aforementioned reports all conducted by professionals in their respective fields the discovery rule can be applied for civil cases of rape and wrongful death. Additionally, and separately, a criminal homicide investigation should be initiated by the Boulder District Attorneys Office immediately following the filing of this civil lawsuit against John Bennett Rosen, aka the Rhode Island Rapist. Lastly, a podcast titled, The Gilded Rage, will begin airing on RedCircle on October 19, 2026, detailing the psychopathic predatory behavior of John Bennett Rosen aka the Rhode Island Rapist. Pro Se Plaintiff and brother of Sherri Ann Clark, Jason Ray Clark, will not leave this Earth until Justice is served and the truth is known about his sister's death, Sherri Ann Clark, as well as all the other victims of the Rhode Island Rapist, John Bennett Rosen.